**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00118-CV

**SHERRY RUNNELS, Appellant**

**V.**

**US BANK & TRUST, NATIONAL ASSOCIATION, AS TRUSTEE
OF AMERICAN HOMEOWNER PRESERVATION TRUST
SERIES 2013C, Appellee**

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-15-00051-A**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellant's brief was due May 6, 2015. By letter dated May 7, 2015, the Court notified appellant that her brief was overdue. We directed appellant to file, within ten days, a brief and an extension motion. We further warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed a brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

150118F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHERRY RUNNELS, Appellant

No. 05-15-00118-CV      V.

US BANK & TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF
AMERICAN HOMEOWNER
PRESERVATION TRUST SERIES 2013C,
Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-15-00051-A.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee US Bank & Trust National Association, as Trustee of American Homeowner Preservation Trust Series 2013C, recover its costs of this appeal from appellant Sherry Runnels.

Judgment entered July 30, 2015.